UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JPMORGAN CHASE MORTGAGE
MODIFICATION LITIGATION                                             MDL No. 2290

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−2)**

On October 11, 2011, the Panel transferred 10 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, 1 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Richard G Stearns.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Stearns.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Massachusetts for the reasons stated in the order of October 11, 2011, and, with the consent of that court, assigned to the Honorable Richard G Stearns.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: JPMORGAN CHASE MORTGAGE
MODIFICATION LITIGATION                                                                              MDL No. 2290

## SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 11−06727 | Gary Larkin v. JP Morgan Chase and Co et al |
| MISSOURI EASTERN | | | |
| MOE | 4 | 11−01429 | Hayes et al v. J.P. Morgan Chase Bank, N.A. et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 11−05798 | Ross v. JPMorgan Chase Bank, N.A. et al |
| OHIO SOUTHERN | | | |
| OHS | 1 | 11−00133 | US Bank National Association v. Follmer et al |